**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>First Choice Bank, as Guardian ad Litem of the Estate of Hannieh Johnson, a disabled minor,<br>vs.<br>Health Professionals, Ltd, et al., | Case Number:<br>FILED: SEPTEMBER 3, 2008<br>08CV5017<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE DENLOW<br>CH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print)<br>Michael W. Clancy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael W. Clancy |
| FIRM<br>Clancy Law Offices |
| STREET ADDRESS<br>7 S. Second Avenue |
| CITY/STATE/ZIP<br>St. Charles, IL  60174 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6208704 | TELEPHONE NUMBER<br>630-584-7666 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |