## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV5017                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☒ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                 Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons                                     ☐ Alias Summons
☐ Third Party Summons                         ☐ Lis Pendens
☐ Non Wage Garnishment Summons                ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons          _____
                                              _____
                                              *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                              ☐ Other
☐ Writ _____                   _____
   *(Type of Writ)*                           _____
                                              *(Type of issuance)*

10 Original and 0 copies on 9-4-08 as to DEBORAH GOSS-JOHNSON;
                        *(Date)*
MD TINA MATTERA; RON MCLIN; MARGARITA MENDOZA; SHARON PARKER; L. PEPPER;

ARIEL IRBAN-ALACALAY; W. BAILEY; J. BARGAR; J. REDWINSKI